UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE NW
WASHINGTON DC 20001

Christopher D. O'Donnell

President, Development Essentials
505 E. Braddock Rd. # 201
Alexandria VA 22314
chris@developmentessentials.us
703-677-5573

Case: 1:23-cv-00557
Assigned To : Bates, John D.
Assign. Date : 2/28/2023
Description: Pro Se Civ. Gen. (I-Deck)

           Plaintiff,

           v.

U.S. Agency for International Development
WITHHOLDING FILES,

U.S. Agency for International Development
1300 Pennsylvania Ave, NW
Washington DC   20004

           Defendant.

**COMPLAINT FOR INJUNCTIVE RELIEF**

    1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552, to order the production of agency records, concerning (the entry date of each new Foreign Service Officer (FSO) class in FY2022 and by each class date the candidate's full name, backstop, FSO rank (and step) and assignment (i.e. mission) requested in plaintiff's letter dated October 6, 2022) which defendant has improperly withheld from plaintiff beyond the statutory limit for responding to a FOIA request.

    2. This court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B).

    3. Plaintiff, (Christopher D. O'Donnell), is the President of Development Essentials (a Limited Liability Company Registered in the Commonwealth of Virginia) and is the requester of the records which defendant is now withholding.

    4. Defendant, U.S. Agency for International Development is an agency of the United States and has possession of the documents that plaintiff seeks.

    5. By letter dated October 6, 2022, plaintiff requested the entry date of each new Foreign Service Officer (FSO) class in FY2022 and by each class date the candidate's full name, backstop, FSO rank (and step) and assignment (i.e., mission). (Exhibit 1).

    6. By email dated October 6, 2022, the defendant acknowledged receipt of plaintiff's letter. (Exhibit 2)

WHEREFORE, plaintiff requests this Court:

(1) Order defendant to provide access to the requested documents;

(2) Award plaintiff costs and reasonable attorney's fees in this action, as provided in 5 U.S.C. § 552(a)(4)(E); and

(3) Grant such other and further relief as may deem just and proper.

Respectfully submitted,

*Christopher D. O'Donnell* (signature)

Christopher D. O'Donnell
505. E. Braddock Road # 201
Alexandria VA   22314

Dated:   February 28, 2023
Exhibit 1:   Plaintiff FOIA Request Dated October 6, 2022
Exhibit 2:   Defendant Acknowledgement Dated October 6, 2022 (assigned no. F-00007-23)